**ORIGINAL**

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 JAN 12  AM 8:30

CLERK _S. McCarthy_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| KARENZO KENSHAUN MILLER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 305-104 |
| ) | (Formerly CR 300-001) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Respondent's motion to dismiss is **GRANTED**, this civil action shall be **DISMISSED**, and a final judgment shall be **ENTERED** in favor of Respondent.

SO ORDERED this 12th day of January, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE